IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

AUG 2 3 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. __17-30141-SMY__ |
| | ) | |
| DAVID MONTALVO, | ) | Title 18 United States Code |
| | ) | Section 1791(a)(2) |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Possessing Contraband in Prison)

On or about June 17, 2017, in Bond County, within the Southern District of Illinois,

**DAVID MONTALVO,**

defendant herein, while an inmate at FCI Greenville, did willfully and knowingly

possess a prohibited object, to-wit: Suboxone, a narcotic drug. All in violation of Title 18,

United States Code, Section 1791(a)(2).

_Jennifer Hudson_
JENNIFER HUDSON
Assistant United States Attorney

_Donald S. Boyce_
DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention